EDWARD C. KWOK (SBN 144302)
JENNIFER M. LANTZ (SBN 202252)
HUGH MATSUBAYASHI (SBN 192677)
MacPHERSON KWOK CHEN & HEID LLP
1762 Technology Drive, Suite 226
San Jose, California 95110
Phone: (408) 392-9250
Facsimile: (408) 392-9262
Email: ekwok@macpherson-kwok.com
       jlantz@macpherson-kwok.com
       hmatsubayashi@macpherson-kwok.com

Attorneys for Plaintiff
THE MUSIC LINK CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE MUSIC LINK CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK K. SHEPPARD, an individual,<br><br>Defendant. | Case No. C 06-00210 VRW<br><br>**PLAINTIFF THE MUSIC LINK CORPORATION'S NOTICE AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Honorable Vaughn R. Walker** |

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff The Music Link Corporation ("TML") hereby requests that its claims against Defendant Frederick K. Sheppard be dismissed with prejudice, each party to bear its own costs and fees. Defendant Frederick K. Sheppard has not served an answer or a motion for summary judgment in this action.

Respectfully submitted,

DATED: June 22, 2006        MacPHERSON KWOK CHEN & HEID LLP

By _____/s/_____
JENNIFER M. LANTZ
Attorneys for Plaintiff
THE MUSIC LINK CORPORATION

PLAINTIFF THE MUSIC LINK CORPORATION'S NOTICE AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE -- Case No – C-06-00210 VRW                                                                                                                  1

# ORDER

The Court being so advised HEREBY ORDERS and DECREES:

1. All claims against the Defendant are hereby DISMISSED WITH PREJUDICE; and

2. Each party shall bear its own costs and attorneys' fees.

DATED: June 26, 2006                    By _____
                                            UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Vaughn R Walker

PLAINTIFF THE MUSIC LINK CORPORATION'S NOTICE AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE -- Case No – C-06-00210 VRW

2